DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY STUART LEE** d/b/a
**K & K DESIGN AND CONSTRUCTION, LLC,**
Appellant,

v.

**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,
CONSTRUCTION INDUSTRY LICENSING BOARD,**
Appellee.

No. 4D2025-2005

[June 3, 2026]

Appeal from the Department of Business & Professional Regulation, Construction Industry Licensing Board; Ed McCullers, Chairman; L.T. Case No. 2023-062396.

Andrew Steven Douglas of Andrew Douglas, P.A., Weston, for appellant.

James Uthmeier, Attorney General, and Allison E. Bunker, Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See Shimkus v. State, Dep't of Bus. & Pro. Regul., Constr. Indus. Licensing Bd.*, 932 So. 2d 223 (Fla. 4th DCA 2005).

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***